UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Susan D. Wigenton

                v.             :       Crim. No. 11-779 (SDW)

JIRROD PARKER                  :       ORDER FOR CONTINUANCE

        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Shirley U. Emehelu, Assistant U.S.
Attorney, appearing), and defendant Jirrod Parker (Thomas R.
Ashley, Esq., appearing), for an order granting a continuance of
the proceedings in the above-captioned matter, and the defendant
being aware that he has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this court pursuant to Title 18, United
States Code, Section 3161(c)(1), and the defendant having
consented to such a continuance, and it appearing that the
defendant waives such right, and for good and sufficient cause
shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        (1)  Defense counsel requires adequate time to review
the discovery provided by the United States;

(2)    Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter; and

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary.

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24th day of January, 2012,

ORDERED that this action be, and hereby is, continued until March 30, 2012; and it is further

ORDERED that the period from the date of this order through March 30, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_Shirley Emehelu_

SHIRLEY U. EMEHELU
Assistant U.S. Attorney


THOMAS R. ASHLEY, ESQ.
Counsel for defendant Jirrod Parker